106-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
NEPTUNE SHIPPING S.A.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NEPTUNE SHIPPING S.A.,

                    Plaintiff,

    -against -

C & MERCHANT MARINE CO. LTD
f/k/a SEYANG SHIPPING CO. LTD,

                    Defendant.
-------------------------------------------------------------x

JUDGE SWAIN

08 CV 2014

**RULE 7.1 STATEMENT**



FEB 28 2008
U.S.D.C. S.D. N.Y.
CASHIERS

       The Plaintiff, NEPTUNE SHIPPING S.A., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       February 28, 2008

                    FREEHILL HOGAN & MAHAR, LLP
                    Attorneys for Plaintiff
                    NEPTUNE SHIPPING S.A.

By: _____
        Michael E. Unger (MU 0045)
        80 Pine Street
        New York, NY 10005
        Telephone: (212) 425-1900
        Facsimile: (212) 425-1901

NYDOCS1/299495.1