106-08/MEU

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 0 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NEPTUNE SHIPPING S.A.,

                        Plaintiff,

- against -

C & MERCHANT MARINE CO. LTD.
f/k/a SEYANG SHIPPING CO. LTD.,

                        Defendant.
-----------------------------------------------------------x

08 CV 2014 (LTS)

STIPULATION AND
ORDER
FOR RELEASE OF FUNDS

**THE PARTIES HAVING STIPULATED AND AGREED**, that in partial satisfaction of Plaintiff's claim for outstanding final hire under the charter party entered between the parties for the M/V CMB YANGTZE the sum of $273,536.00 should be released to Plaintiff Neptune Shipping from the funds which have been restrained by garnishee The Bank of New York Mellon pursuant to the Process of Maritime Attachment and Garnishment issued in this action;

**IT IS HEREBY ORDERED AND DIRECTED** that garnishee The Bank of New York Mellon transfer the sum of $273,536.00 to Plaintiff NEPTUNE SHIPPING pursuant to wire transfer instructions to be provided to the bank by Plaintiff's counsel; and

**IT IS FURTHER ORDERED** that the remaining funds held by garnishee, The Bank of New York Mellon, be retained pending further Order of this Court.

Dated: New York, New York
       April 8, 2008

_/s/ Michael E. Unger_
Michael E. Unger, Esq. (MU-0045)
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, New York 10005
Tel: (212) 425-1900
Fax: (212) 425-1901

_/s/ Jeremy Harwood (by permission)_
Jeremy Harwood, Esq. (JH-9012)
BLANK ROME
Attorneys for Defendant
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
Fax: (212) 885-5001

"SO ORDERED"

_/s/ Laura Taylor Swain_  4/9/08
Hon. Laura Taylor Swain, U.S.D.J.

NYDOCS1/302130.1