LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH†
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ†
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
△ALSO ADMITTED IN WASHINGTON, D.C.
*ALSO ADMITTED IN LOUISIANA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 2 5 2008

June 25, 2008

Our Ref: 106-08/MEU

*Via Facsimile (212) 805-0426*
The Honorable Laura T. Swain
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 755
New York, NY 10007

**MEMO ENDORSED**

Re: NEPTUNE SHIPPING S.A. v. C & MERCHANT MARINE CO. LTD.
08 CV 2014 (LTS)

Dear Judge Swain,

We represent Plaintiff Neptune Shipping in the above matter in which the Court has scheduled a status conference for June 27, 2008 at 2:00 p.m. The parties are in the process of resolving their dispute. Accordingly, the parties jointly request that the conference be adjourned for a period of 30 days with the expectation that a Stipulation and Order of Dismissal will be sent to Your Honor for signing prior to that time.

We thank the Court for its courtesy and attention to this matter.

Respectfully submitted,
FREEHILL, HOGAN & MAHAR
Michael E. Unger

*The conference is adjourned to July 18, 2008 at 9:30 AM.*

**SO ORDERED.**

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
6/25/08

MEU/hr
cc: *Via Facsimile (212) 885-5001*
BLANK ROME
Attn: Jeremy Harwood, Esq.

PLEASE NOTE: The information contained in this fax is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.

NYDOCS1/307459.1