USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: JUN 3 0 2008

106-08/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
NEPTUNE SHIPPING S.A.,                              08 CV 2014 (LTS)

                Plaintiff,              STIPULATION AND
  - against -                                              ORDER
                                        FOR RELEASE OF FUNDS

C & MERCHANT MARINE CO. LTD.
f/k/a SEYANG SHIPPING CO. LTD.,

                Defendant.
-------------------------------------x

      THE PARTIES HAVING STIPULATED AND AGREED, that the sum of $264,336.29 be released to Defendant C & MERCHANT MARINE CO. LTD. from the funds which have been restrained by garnishee The Bank of New York Mellon pursuant to the Process of Maritime Attachment and Garnishment issued in this action;

      IT IS HEREBY ORDERED AND DIRECTED that garnishee The Bank of New York Mellon transfer the sum of $264,336.29 to Defendant C & MERCHANT MARINE CO. LTD. pursuant to wire transfer instructions to be provided to the bank by Defendant's counsel; and

      IT IS FURTHER ORDERED that the remaining funds held by garnishee The Bank of New York Mellon be retained pending further Order of this Court.

Dated: New York, New York
       June 30 2008

_____                _____
Michael E. Unger, Esq. (MU-0045)         Jeremy Harwood, Esq. (JH-9012)
FREEHILL HOGAN & MAHAR, LLP              BLANK ROME
Attorneys for Plaintiff                   Attorneys for Defendant
80 Pine Street                            405 Lexington Avenue
New York, New York 10005                  New York, New York 10174
Tel: (212) 425-1900                       Tel: (212) 885-5000
Fax: (212) 425-1901                       Fax: (212) 885-5001

"SO ORDERED"

_____ 6/30/08
Hon. Laura Taylor Swain, U.S.D.J.

NYDOCS1/307158.1