LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*▲
WILLIAM J. PALLAS*
GINA M. VENEZIA*
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*▲
DANIEL J. FITZGERALD*▲
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▲ALSO ADMITTED IN WASHINGTON, D.C.
*ALSO ADMITTED IN LOUISIANA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 5 2008

**MEMO ENDORSED**

July 14, 2008

Our Ref: 106-08/MEU

<u>Via Facsimile (212) 805-0426</u>
The Honorable Laura T. Swain
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 755
New York, NY 10007

Re:   NEPTUNE SHIPPING S.A. v. C & MERCHANT MARINE CO. LTD.
      f/k/a SEYANG SHIPPING CO. LTD.
      08 CV 2014 (LTS)

-------------------------------------------------------------------------------

Dear Judge Swain,

Further to our correspondence of June 30, 2008, we write jointly on behalf of the parties to advise the Court that a final settlement has been concluded in this matter. Accordingly, we herewith submit a Stipulation and proposed Order for the release of the remaining funds to Defendant and for this matter to be dismissed with prejudice and without costs.

Given the foregoing, we respectfully also request that the conference scheduled for July 18, 2008 at 9:30 AM be cancelled.

*granted*
*jtr*

PLEASE NOTE: The information contained in this fax is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you

NYDOCS1/308560.1

Hon. Laura T. Swain
July 14, 2008
Page 2

We thank the Court for its courtesy and attention to this matter.

                Respectfully submitted,

                FREEHILL, HOGAN & MAHAR

                Michael E. Unger

MEU/hr

Enclosure

cc:   *Via Facsimile (212) 885-5001*
      BLANK ROME
      Attn: Jeremy Harwood, Esq.

                SO ORDERED.

                7/15/08
                LAURA TAYLOR SWAIN
                UNITED STATES DISTRICT JUDGE