106-08/MEU

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 5 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NEPTUNE SHIPPING S.A.,

                Plaintiff,

-against-

C & MERCHANT MARINE CO. LTD.
f/k/a SEYANG SHIPPING CO. LTD.,

                Defendant.
------------------------------------------------------------x

08 CV 2014 (LTS)

**STIPULATION AND
ORDER FOR RELEASE OF
FUNDS AND DISCONTINUANCE
OF ACTION**

**WHEREAS** pursuant to its Verified Complaint filed on February 28, 2008 Plaintiff Neptune Shipping S.A. sought security for its claims against Defendant C & Merchant Marine Co. Ltd. pending a London arbitration in the sum of $1,182,497.93; and

**WHEREAS** the sum of $1,182,497.93 was restrained at Garnishee The Bank of New York Mellon pursuant to the Process of Maritime Attachment and Garnishment ("PMAG") authorized to be issued by the Court; and

**WHEREAS** pursuant to Stipulation and Order dated April 8, 2008 the sum of $273,536.00 was released to Plaintiff Neptune Shipping pursuant to agreement of the parties; and

**WHEREAS** pursuant a Second Stipulation and Order dated June 30, 3008 the sum of $264,336.29 was released to Defendant C & Merchant; and

**WHEREAS** the parties have stipulated and further agreed that the balance of funds in the sum of $644,607.64 together with any interest accrued thereon is to be released to Defendant C & Merchant;

**IT IS HEREBY ORDERED** that Garnishee The Bank of New York Mellon transfer the sum of $644,607.64 together with any interest accrued thereon to Defendant C & Merchant

NYDOCS1/308558.1

Marine Co. Ltd. pursuant to wire transfer instructions to be provided to the bank by Defendant's counsel; and

**IT IS FURTHER ORDERED** that this action is dismissed with prejudice and without costs as to either party.

Dated: New York, New York
July 14, 2008

_____
Michael E. Unger, Esq. (MU-0045)
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, New York 10005
Tel: (212) 425-1900
Fax: (212) 425-1901

_____ (by permission)
Jeremy Harwood, Esq. (JH-9012)
BLANK ROME
ttorneys for Defendant
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
Fax: (212) 885-5001

"SO ORDERED"
_____ 7/15/08
Hon. Laura Taylor Swain, U.S.D.J.